AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>Thomas L. Bishop<br><br>*Defendant(s)* | Case No. 19-MJ-7187 |

FILED
AUG 23 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 20-23, 2019  in the county of  Champaign  in the
 Central  District of  Illinois , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Attempted Enticement of a Minor |

This criminal complaint is based on these facts:
See attached affidavit of FBI SA Michael A. Carter.

☑ Continued on the attached sheet.

s/Michael Carter
*Complainant's signature*

SA Michael A. Carter, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric I Long

Date: 08/23/2019

*Judge's signature*

City and state: Urbana, Illinois

Eric I. Long, Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Carter, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Springfield, Illinois, Division. I have been employed as a Special Agent for the FBI since August 2016. As part of my duties, I investigate violations of federal law relating the online exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors. Prior to becoming a Special Agent with the FBI, I was a Police Officer for the Johnson City Police Department in Johnson City, Tennessee, for approximately five years and three months. During my tenure, I investigated various misdemeanor and felony violations of law, and was the affiant on numerous state search warrants.

2. I am an investigative and law enforcement officer of the United States, who is empowered by law to conduct investigations of and to make arrests for the offense(s) enumerated in the production, distribution, and possession of child pornography, Title 18 of the United States Code (U.S.C.), as amended. As an FBI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

3. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law

enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. This affidavit is made in support of a criminal complaint alleging Thomas Bishop violated Title 18 United States Code Section 2422(b), Attempted Enticement of a Minor.

5. On August 20, 2019, I, acting in authorized undercover capacity, was operating a profile on a popular online dating/chatting application. The profile being operated was named [undercover minor's name] and it displayed an age of eighteen (18) years old. A profile picture was displayed of a male wearing a pink shirt, and slightly pulling up the shirt so that some of his abdomen was showing.

6. On August 20, 2019, a profile with the name of "Old not dead" initiated a message conversation with my FBI Online Covert Employee (OCE) profile. The profile showed a picture of a white male (later identified as the subject) and provided an age of sixty (60). I responded to the message, and a short time later, this excerpt of conversation occurred:

> **OCE**: Haha. Just hanging g out bored. You into younger guys?
> **Old not dead**: Yes
>     How old are you
> **OCE**: Can I text you? I'm afraid to say
> **Old not dead**: [XXXXXXX]8244
> **Old not dead**: Are you too young for sex?

7. At that time, I used the phone number provided to begin corresponding with the subject by text message, and the following excerpt of conversation occurred:

> **OCE**: Hey it's me from [the online dating application]
> **Subject**: Hey
>     [name of minor]?

OCE: Yes it's me. I'm afraid to tell u my age...
Subject: How old are you?
OCE: Almost 16. But very mature
Subject: Cool
OCE: I'm so into older guys. Guys my age are drama
Subject: It can be our secret
OCE: Omg awesome. How old are you?
Subject: 60
    Not too old for you
OCE: So hot.
    What's ur name babe?
Subject: Tom
    Have you ever been with a man?
OCE: Not yet... that ok?
Subject: That's ok
OCE: I am ready to be with one though
Subject: Cool
OCE: Where are you from
Subject: Do you jack off a lot
    I'm from Mpls
OCE: My grindr thing says your close to me. I'm in Champaign
Subject: Yes
    Not sure I would have sex with you but we could hang out and be friends
OCE: I dont think I'm really interested in just hanging out...
Subject: We can chat about what you want to do
OCE: I dont know what to do. Lol. What do you suggest
Subject: I do like to eat out a little asshole

……. [conversation continues]

Subject: If we were to meet it will be our secret?
OCE: Of course. I would die if anyone found out
Subject: Good

   8. The conversation continued with both casual and sexual discussion. Soon after, the subject again brought up the topic of meeting. I responded in the affirmative, and

conversation ensued regarding planning a meet up time and location. A meeting was tentatively set for Friday (August 23, 2019), and the subject suggested that it occur at his residence. The subject agreed to pick up my minor profile on Friday, then travel back to his residence for a sexual encounter. The subject again asked if this would be a secret, then directed me to "[b]e a good boy and shave off [my] pubic hair."

9. As conversation continued, the following excerpt occurred:

   **Subject**: Do you have a big hot dog?
   **OCE**: (emoji faces sent indicating laughter)
   **Subject**: Let me see.

10. Based on my training and experience, I understood this comment to mean the subject was asking for a picture of my minor profile's penis.

11. The conversation continued and the following excerpt occurred:

   **Subject**: We can just hang out and you decide what you want to do
             Do you ever put a finger in your butt?
   **OCE**: Well I'm up for whatever. I'm a rookie. Lol. I like your idea from earlier
             No I never have. That's hot though
   **Subject**: Try it
             Use your own spit
   **OCE**: Omg I don't know.
   **Subject**: Just your pinky finger
   **OCE**: Maybe Friday.
             (emoji face sent indicating kiss with a heart)
   **Subject**: It will be my tongue Friday

12. The conversation continued and the following excerpt occurred:

   **Subject**: I'm still nervous about your age
   **OCE**: Why?
   **Subject**: You aren't legal
             Age is just a number to me. I know what I want. I'm not a baby. Lol
   **Subject**: Good

       Got more pictures for me?
       A shirtless picture?
**OCE**: (photo sent of male with shirt partially on)
**Subject**: So cute!
       Ever play with your nipples?
**OCE**: (emoji sent of face indicating blushing)
    No. Lol
**Subject**: I love having my nipples chewed on
**OCE**: Oh my. That's hot
**Subject**: Do you will do that for me?
**OCE**: Yes I will do that for you babe
    (emoji face sent of face with tongue hanging out)
**Subject**: Good boy
       And will you sit on my face?
**OCE**: Omg I'm blushing again. Lol. Yes I will do that
**Subject**: Good boy
       You must blush a lot
**OCE**: Haha.
    (2 emoji faces sent of faces indicating blushing)
**Subject**: I will tickle you
**OCE**: I will let you.
**Subject**: Good boy
       Will you fuck me?
**OCE**: Yes I would love for you to be my first.
**Subject**: It would be my honor!
**OCE**: (emoji sent of face with big smile)
    I hope I am good at it
**Subject**: I have condoms unless you don't want to use one
**OCE**: Do u want me to use 1?
**Subject**: It's your choice
**OCE**: Ok babe.
**Subject**: Remember don't forget about my nipples

13. The conversation continued and the following excerpt occurred:

**Subject**: You remind me of the first boy I met
**OCE**: What was he like
**Subject**: Though he was darker skinned

> Really skinny and horny
> He said he was 17 but after a few meetings he said he was 15
>
> OCE: Omg why did he lie about that? That's kinda messed up
>
> Subject: He was different
> He never fucked me
>
> OCE: What all did u do with him?
>
> Subject: I gave him head Ate out his asshole He sucked me and hopped on my penis
>
> OCE: Ok. How long were u hanging out with him?
>
> Subject: About a year I guess

14. In total, the conversations via the dating application and text message took place between the morning of August 20, 2019 and the morning of Friday, August 23, 2019. While there was many times where conversation was casual and cordial, there were numerous instances where the conversation was sexually explicit in nature, as was detailed above. On at least two different occasions, the subject asked for my minor profile to take a picture of his "shave job." I understood this to be the subject asking for photos of my minor profile's genital area, which the subject had requested be shaved. Additionally, the subject repeatedly made comments to the effect of "do you like to jack off," "Do you like being shaved," "do you like to be naked," and "are you ready to lose your virginity."

15. FBI personnel used law enforcement investigative tools and databases to identify the subject as: **Thomas L. Bishop**, of the 1600 block of West Bradley Ave., in Champaign, IL, a sixty year old male born in August of 1959.

16. I obtained a driver license photo on file with the State of Illinois, and this photo was consistent with photos that the subject had posted on the dating application, as well as sent via text message.

17. On the morning of Friday, August 23, 2019, the FBI, with assistance from the Champaign Police Department, conducted an operation in which Bishop believed he would be meeting a fifteen year old boy at the Wienerschnitzel, 2102 W. Springfield Ave, in Champaign, Illinois, and thereafter would take this minor to his residence for a sexual encounter. I maintained text message contact with Bishop during the morning. At approximately 9:00 a.m., Bishop drove to the meet location where surveillance personnel observed Bishop's known vehicle arrive in the area and park at the pre-determined location near the dumpster. I texted, "Ok babe I think we are good," and Bishop responded, "I'm here."

18. At that time, law enforcement made contact with the subject and took him into custody. After taking custody of the subject's phone, I sent another message that said "test," and observed that message received on the subject's phone. He was transported to the FBI Champaign Resident Agency for further investigation.

19. During an interview, Bishop admitted that he was the one who had been chatting with [undercover minor's name] for the last several days, and he was aware that my profile was a minor. When questioned about his interactions with my minor profile, he first advised that he was not the one talking much about sex during the texts. He advised that he only wanted to be friends with my minor profile, that he was not interested in any type of sexual encounter with him, and that his plans for the meeting today (August 23, 2019) was to cuddle in bed. As the interview continued, I eventually told the subject that I was [undercover minor's name] and that all the communications from the last several

days had been recorded. However, the subject still continued to state that he was not planning on any type of sexual encounter with the minor child.

20. I referenced some of the message history and presented it to Bishop. As I did this, Bishop began to change his story and eventually advised that he was not going to force the issue of sex with my minor profile, but that he was going to participate if the opportunity arose. He was prepared to participate in anal and oral sex with [undercover minor's name] if given the opportunity to do so.

21. I requested consent from the subject to conduct a search of his cell phone, and Bishop granted written consent. I used a phone analysis device to view the contents of the phone. Due to the large number of photos and other files, a thorough search was not feasible at the time. However, I located photos of [undercover minor's name] that had been sent during the text messages in days before. Further analysis of the device contents are pending.

FURTHER AFFIANT SAYETH NAUGHT,

s/Michael Carter

Michael Carter, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 23rd day of August 2019.
s/Eric I Long

Eric I. Long
United States Magistrate Judge