UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SEP 0 4 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)  Case No. CR 19-200 59
Plaintiff, )
)
v. )  IN VIOLATION OF:
)  18 U.S.C. § 2422(b);
THOMAS L. BISHOP, )  18 U.S.C. § 2428
)
Defendant. )

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Enticement of a Minor)

On or between August 20, 2019 and August 23, 2019, in Champaign County, in the Central District of Illinois, and elsewhere,

**THOMAS L. BISHOP,**

the defendant herein, used a facility and means of interstate commerce, the Internet and a cellular telephone, to attempt to knowingly persuade, induce, and entice an individual who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit, Aggravated Criminal Sexual Abuse, in violation of Illinois statute 720 ILC 5/11-1.60(d).

All in violation of Title 18, United States Code, Sections 2422(b).

## FORFEITURE NOTICE

1. The charge contained in Count One is hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section and 2428.

2. For his engagement in the violation alleged in Count One,

**THOMAS L. BISHOP,**

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section and 2428, all interest in:

   a. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense alleged in Count One of this Indictment; and

   b. Any property, real or personal, used or intended to be used to commit or promote the commission of the offense alleged in Counts One of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a and b, above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly

and use of the aforementioned hardware and software, including the specific equipment listed:

- Silver HP Pavilion Laptop, serial 8CG7474KHG
- Silver Inspiron 530 CPU 3. Black Antec CPU
- Black & Silver Iphone, IMEI 352035064544620, serial DX3RX46NFF9Y
- Black Amazon Kindle, Model SV98LN
- Black & Grey Samsung cell phone
- Black LG cell phone
- Black & Grey LG cell phone
- Seagate 500gb hard drive, serial 9QMAWK6W
- Tan Compaq Deskpro CPU, serial 6027CDDZA542
- Olympus D-380 w/memory card inside
- Iphone 7, Model A1660, serial FFMVK1X0HG6W

All pursuant to Title 18, United States Code, Section and 2428.

                                                A TRUE BILL.

                                                s/ Foreperson
                                                FOREPERSON

s/ John C. Milhiser

JOHN C. MILHISER
UNITED STATES ATTORNEY
EMP

3